**AMERICAN CAN COMPANY, Plaintiff-Appellant, v. GOLDEE MANUFACTURING COMPANY, Inc., Defendant-Appellee.**

Circuit Court of Appeals, Second Circuit. March 4, 1929.

No. 226.

Lemuel A. Welles, of New York City (John C. Carpenter, of Chicago, Ill., of counsel), for appellant.

Mock & Blum, of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.